UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATRALE D. WAY,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>KATHLEEN ALLISON,<br><br>　　　　　　Respondent. | No.  2:22-cv-01351-DAD-EFB (HC)<br><br><br>FINDINGS AND RECOMMENDATIONS |

　　　　Petitioner is a state prisoner proceeding without counsel in this petition for writ of habeas corpus brought under 28 U.S.C. § 2254.  On March 1, 2023, respondent filed a motion to dismiss the petition.  ECF No. 13.  On April 10, 2023, the court informed petitioner of the requirements for filing an opposition to a motion to dismiss.  ECF No. 15.  That order gave petitioner twenty-one (21) days to file an opposition or statement of non-opposition.  *Id.*

　　　　The time for acting has passed and petitioner has not filed an opposition or a statement of non-opposition, nor has he otherwise responded to the court's order.

　　　　Accordingly, it is RECOMMENDED that this action be dismissed without prejudice.  *See* E.D. Cal. L.R. 110; Fed. R. Civ. P. 41(b); Rule 12, Rules Governing § 2254 Cases.

　　　　These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, any party may file written

1

objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections within the specified time may waive the right to appeal the District Court's order.  *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

Dated:  May 10, 2023.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE