1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   LATRALE D. WAY,                          No.  2:22-cv-01351-DAD-EFB (HC)

12                Petitioner,

13        v.                                  ORDER ADOPTING FINDINGS AND
                                              RECOMMENDATIONS AND DISMISSING
14   KATHLEEN ALLISON,                        HABEAS PETITION DUE TO
                                              PETITIONER'S FAILURE TO PROSECUTE
15                Respondent.                 AND FAILURE TO COMPLY WITH A
                                              COURT ORDER
16
                                              (Doc. Nos. 13, 16)
17

18

19         Petitioner Latrale D. Way is a state prisoner proceeding *pro se* with a petition for a writ of

20   habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States

21   Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

22         On May 10, 2023, the assigned magistrate judge issued findings and recommendations

23   recommending that this action be dismissed, without prejudice, due to petitioner's failure to

24   comply with a court order and failure to prosecute this action.  (Doc. No. 16.)  The findings and

25   recommendations were served upon petitioner and contained notice that any objections thereto

26   were to be filed within fourteen (14) days after service.  (*Id*. at 1–2.)  To date, petitioner has not

27   filed any objections and the time in which to do so has passed.

28   /////

                                                  1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the pending findings and recommendations are supported by the record and proper analysis.

Having concluded that the pending petition must be dismissed, the court also declines to issue a certificate of appealability.  A petitioner seeking writ of habeas corpus has no absolute right to appeal; he may appeal only in limited circumstances.  *See* 28 U.S.C. § 2253; *Miller-El v. Cockrell*, 537 U.S. 322, 335-36 (2003).  If a court denies a petitioner's petition, the court may only issue a certificate of appealability when a petitioner makes a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(2).  Where, as here, the court denies habeas relief on procedural grounds without reaching the underlying constitutional claims, the court should issue a certificate of appealability "if jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling."  *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).  In the present case, the court finds that reasonable jurists would not find the court's determination that the pending petition must be dismissed to be debatable or wrong.  Thus, the court declines to issue a certificate of appealability.

Accordingly,

1. The findings and recommendations issued on May 10, 2023 (Doc. No. 16) are adopted in full;

2. The petition for writ of habeas corpus (Doc. No. 1) is dismissed;

3. Respondent's pending motion to dismiss (Doc. No. 13) is denied as having been rendered moot by this order;

4. The court declines to issue a certificate of appealability; and

5. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: __**June 27, 2023**__

_____
UNITED STATES DISTRICT JUDGE

2